**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Lee PEREZ, Petitioner**

**No. 490 EAL 2016**

Supreme Court of Pennsylvania.

March 22, 2017

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Willie SPARROW, Petitioner**

**No. 487 EAL 2016**

Supreme Court of Pennsylvania.

March 22, 2017

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Jeffery DORSEY, Petitioner**

**No. 483 EAL 2016**

Supreme Court of Pennsylvania.

March 22, 2017

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.